

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:       Karen Allen Mullinax v. State of Texas

Appellate case numbers:  01-19-00881-CR

Trial court case number:  1616807

Trial court:                      248th District Court of Harris County

      Appellant, Karen Allen Mullinax, has filed a third motion for extension of time to file her motion for rehearing and en banc reconsideration. The motion is **denied**. Any motion for rehearing and en banc reconsideration must be filed by August 17, 2021 as previously ordered by the Court.

      It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                              Acting individually

Date: <u>August 17, 2021</u>